STATE v. PEARSON

No. 238P88.

Case below: 89 N.C. App. 620.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

STATE v. ROBEY

No. 435P88.

Case below: 91 N.C. App. 198.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 16 September 1988.

STATE v. SMITH

No. 282A88.

Case below: 90 N.C. App. 161.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 7 September 1988.

STATE v. SPEAKS

No. 149P88.

Case below: 89 N.C. App. 153.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.